# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106820 | 10/24/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27991.004 | 10/3/2019 | |

| Case Name |
|---|
| MARGARET MCKENZIE ( BY AUTHO) |

| Records Pertaining To |
|---|
| MARGARET MCKENZIE |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SARATOGA COUNTY MENTAL HEALTH<br>Medical Records<br>135 South Broadway<br>Saratoga Springs, NY 12866 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (MEDICAL) | 11.00 | | | | |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 11.00 | Pages | @ | 0.45 | 4.95 |
| Online/Email Access | 11.00 | Pages | @ | 0.30 | 3.30 |
| (TAXABLE $108.25) | | | | | |
| **TOTAL DUE >>>** | | | | | **$108.25** |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call us at 512.892.5700.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$108.25** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 106820
Invoice Date : 10/24/2019
**Total Due : $108.25**

Remit To: **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX 78736**

Order No. : 27991.004
BU ID : MAIN
Case No. :
Case Name : MARGARET MCKENZIE ( BY AUTHO)

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 107349 | 11/5/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27991.003 | 10/3/2019 | |

| Case Name |
|---|
| MARGARET MCKENZIE ( BY AUTHO) |
| **Records Pertaining To** |
| MARGARET MCKENZIE |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| KINDRED AT HOME<br>Medical Records<br>320 Ushers Road<br>Ballston Lake, NY 12019 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (MEDICAL) | 468.00 | | | | |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 3.00 | Pages | @ | 0.55 | 1.65 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 | Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 | Pages | @ | 0.30 | 30.00 |
| (TAXABLE $176.65) | | | | | |

**TOTAL DUE >>> $176.65**

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call us at 512.892.5700.

**(-) Payments/Credits:** 0.00
**(+) Finance Charges/Debits:** 0.00

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 107349
Invoice Date : 11/5/2019
**Total Due : $176.65**

Order No. : 27991.003
BU ID : MAIN
Case No. :
Case Name : MARGARET MCKENZIE ( BY AUTHO)

Remit To: **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX 78736**

# INVOICE

THE LEGAL CONNECTION INC.
Corporate Office: 512.892.5700

| Invoice No. | Invoice Date | Payment Terms |
| --- | --- | --- |
| 107349 | 11/5/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27991.003 | 10/3/2019 | |
| **Case Name** | | |
| MARGARET MCKENZIE ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARET MCKENZIE | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

**(=) New Balance:** **$176.65**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 107349
Invoice Date : 11/5/2019
**Total Due : $176.65**

Order No. : 27991.003
BU ID : MAIN
Case No. :
Case Name : MARGARET MCKENZIE ( BY AUTHO)

Remit To: **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX 78736**

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 107608 | 11/11/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27991.005 | 10/3/2019 | |
| **Case Name** | | |
| MARGARET MCKENZIE ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARET MCKENZIE | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| UNION CENTER<br>Medical Records<br>157 Lake Avenue<br>Saratoga Springs, NY 12866 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (MEDICAL) | 8.00 | | | | |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 8.00 | Pages | @ | 0.45 | 3.60 |
| Online/Email Access | 8.00 | Pages | @ | 0.30 | 2.40 |
| (TAXABLE $106.00) | | | | | |
| **TOTAL DUE >>>** | | | | | **$106.00** |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call us at 512.892.5700.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$106.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 107608
Invoice Date : 11/11/2019
**Total Due : $106.00**

Order No. : 27991.005
BU ID : MAIN
Case No. :
Case Name : MARGARET MCKENZIE ( BY AUTHO)

Remit To: **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX 78736**

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 127242 | 10/19/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.006 | 8/26/2020 | 5:18-CV-00555-XR |

| Case Name |
|---|
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA |
| **Records Pertaining To** |
| MARGARET MCKENZIE |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SARATOGA FAMILY PRACTICE<br>Medical/Billing<br>11 Hampstead Place Suite 103<br>Saratoga Springs, NY 12866 | Jamal Khalid Alsaffar<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Quantity | | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (BILLING) | 34.00 | | | | |
| Deposition Upon Written Questions-Prepare Notice, DWQ, Subpoena | | | | 80.00 | 80.00 |
| Administrative Fee (DWQ) | | | | 40.00 | 40.00 |
| Federal Notice of Delivery | | | | 12.50 | 12.50 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 34.00 | Pages | @ | 0.45 | 15.30 |
| Online/Email Access | 34.00 | Pages | @ | 0.30 | 10.20 |
| | **TOTAL DUE >>>** | | | | **$158.00** |
| | AFTER 12/18/2020 PAY | | | | $173.80 |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call 512.892.5700.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 127242
Invoice Date : 10/19/2020
**Total Due : $158.00**
AFTER 12/18/2020 PAY $173.80

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

Order No. : 33898.006
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 127709 | 10/23/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.002 | 8/26/2020 | 5:18-CV-00555-XR |

| Case Name |
|---|
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA |

| Records Pertaining To |
|---|
| MARGARET MCKENZIE |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| KINDRED AT HOME<br>Medical Records<br>320 Ushers Road<br>Ballston Lake, NY 12019 | Jamal Khalid Alsaffar<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Quantity | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (BILLING) | 19.00 | | | | |
| Deposition Upon Written Questions-Prepare Notice, DWQ, Subpoena | | | | 80.00 | 80.00 |
| Administrative Fee (DWQ) | | | | 40.00 | 40.00 |
| Federal Notice of Delivery | | | | 12.50 | 12.50 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 19.00 | Pages | @ | 0.45 | 8.55 |
| Online/Email Access | 19.00 | Pages | @ | 0.30 | 5.70 |
| | **TOTAL DUE >>>** | | | | **$146.75** |
| | AFTER 12/22/2020 PAY | | | | $161.43 |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call 512.892.5700.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 127709
Invoice Date : 10/23/2020
**Total Due : $146.75**
AFTER 12/22/2020 PAY $161.43

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

Order No. : 33898.002
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 129445 | 11/16/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.001 | 8/26/2020 | 5:18-CV-00555-XR |

| Case Name |
|---|
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA |
| **Records Pertaining To** |
| MARGARET MCKENZIE |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BROOKE ARMY MEDICAL CENTER<br>Billing Records<br>MCHE ZAR-U Dept. 211<br>3551 Roger Brooke Dr.<br>Fort Sam Houston, TX 78234-6200 | Jamal Khalid Alsaffar<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (BILLING) | 14.00 | | | | |
| Custodian Fee | | | | 23.68 | 23.68 |
| Deposition Upon Written Questions-Prepare Notice, DWQ, Subpoena | | | | 80.00 | 80.00 |
| Administrative Fee (DWQ) | | | | 40.00 | 40.00 |
| Federal Notice of Delivery | | | | 12.50 | 12.50 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 14.00 | Pages | @ | 0.45 | 6.30 |
| Online/Email Access | 14.00 | Pages | @ | 0.30 | 4.20 |
| | **TOTAL DUE >>>** | | | | **$166.68** |
| | AFTER 1/15/2021 PAY | | | | $183.35 |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call 512.892.5700.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 129445
Invoice Date : 11/16/2020
**Total Due : $166.68**
AFTER 1/15/2021 PAY $183.35

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

Order No. : 33898.001
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 129445 | 11/16/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.001 | 8/26/2020 | 5:18-CV-00555-XR |
| **Case Name** | | |
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA | | |
| **Records Pertaining To** | | |
| MARGARET MCKENZIE | | |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 129445
Invoice Date : 11/16/2020
**Total Due : $166.68**
AFTER 1/15/2021 PAY $183.35

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

Order No. : 33898.001
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 128448 | 11/2/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.003 | 8/26/2020 | 5:18-CV-00555-XR |

| Case Name |
|---|
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA |
| **Records Pertaining To** |
| MARGARET MCKENZIE |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| UNION CENTER<br>Medical Records<br>157 Lake Avenue<br>Saratoga Springs, NY 12866 | Jamal Khalid Alsaffar<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (BILLING) | 13.00 | | | | |
| Deposition Upon Written Questions-Prepare Notice, DWQ, Subpoena | | | | 80.00 | 80.00 |
| Administrative Fee (DWQ) | | | | 40.00 | 40.00 |
| Federal Notice of Delivery | | | | 12.50 | 12.50 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 13.00 | Pages | @ | 0.45 | 5.85 |
| Online/Email Access | 13.00 | Pages | @ | 0.30 | 3.90 |
| Coordination and Execution of eNotary Signing per Certificate | | | | 31.00 | 31.00 |
| | **TOTAL DUE >>>** | | | | **$173.25** |
| | AFTER 1/1/2021 PAY | | | | $190.58 |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call 512.892.5700.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 128448
Invoice Date : 11/2/2020
**Total Due : $173.25**
AFTER 1/1/2021 PAY $190.58

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

Order No. : 33898.003
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 128448 | 11/2/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.003 | 8/26/2020 | 5:18-CV-00555-XR |

| Case Name |
|---|
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA |
| **Records Pertaining To** |
| MARGARET MCKENZIE |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 128448
Invoice Date : 11/2/2020
**Total Due : $173.25**
AFTER 1/1/2021 PAY $190.58

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

Order No. : 33898.003
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 132056 | 12/29/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.004 | 8/26/2020 | 5:18-CV-00555-XR |

| Case Name |
|---|
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA |
| **Records Pertaining To** |
| MARGARET MCKENZIE |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SARATOGA COUNTY MENTAL HEALTH<br>Medical Records<br>135 South Broadway<br>Saratoga Springs, NY 12866 | Jamal Khalid Alsaffar<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

MARGARET MCKENZIE (BILLING)

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Deposition Upon Written Questions-Prepare Notice, DWQ, Subpoena | | | | 80.00 | 80.00 |
| Administrative Fee (DWQ) | | | | 40.00 | 40.00 |
| Additional Time Contacting Custodian of Record | 0.80 | Hours | @ | 75.00 | 60.00 |
| CMRRR Packet to Custodian of Records | | | | 15.00 | 15.00 |
| **TOTAL DUE >>>** | | | | | **$195.00** |
| AFTER 2/27/2021 PAY | | | | | $214.50 |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call 512.892.5700.

**(-) Payments/Credits:** 0.00
**(+) Finance Charges/Debits:** 0.00

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 132056
Invoice Date : 12/29/2020
**Total Due : $195.00**

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

Order No. : 33898.004
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 132056 | 12/29/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.004 | 8/26/2020 | 5:18-CV-00555-XR |
| **Case Name** | | |
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA | | |
| **Records Pertaining To** | | |
| MARGARET MCKENZIE | | |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

**(=) New Balance:** **$195.00**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 132056
Invoice Date : 12/29/2020
**Total Due : $195.00**

Order No. : 33898.004
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**

WDTX 158 McKenzie

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

02/08/21

SALE Total: $173.25

Visa
xxxxxxxxxxxx5046

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | Thelma Alvarado-Garza | | |
| Auth. Code: | 09059G | QuickBooks Trans. No: | |
| Trans. ID: | PH0076553358 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

03/03/21

SALE | Total: $364.96

Visa
xxxxxxxxxxxx5046

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | Thelma Alvarado-Garza | | |
| Auth. Code: | 01332G | QuickBooks Trans. No: | |
| Trans. ID: | PQ0002267523 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY

# INVOICE




| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 137194 | 3/25/2021 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 33898.004 | 2/4/2021 | 5:18-CV-00555-XR |

| Case Name |
|---|
| HOLCOMBE, et al. VS. UNITED STATES OF AMERICA |
| **Records Pertaining To** |
| MARGARET MCKENZIE |

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SARATOGA COUNTY MENTAL HEALTH<br>Medical Records<br>135 South Broadway<br>Saratoga Springs, NY 12866 | Jamal Khalid Alsaffar<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX 78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| MARGARET MCKENZIE (BILLING) | 17.00 | | | | |
| Federal Notice of Delivery | | | | 12.50 | 12.50 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 17.00 | Pages | @ | 0.45 | 7.65 |
| Online/Email Access | 17.00 | Pages | @ | 0.30 | 5.10 |
| Correspondence with Custodian re Special Issues | | | | 25.00 | 25.00 |
| CMRRR Packet to Custodian of Records | | | | 15.00 | 15.00 |
| **TOTAL DUE >>>** | | | | | **$65.25** |
| AFTER 5/24/2021 PAY | | | | | $71.78 |

Thank you for your business! For questions or a list of other services, please go to www.TLC-Texas.com or call 512.892.5700.

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jamal Khalid Alsaffar
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX 78735

Invoice No. : 137194
Invoice Date : 3/25/2021
**Total Due : $65.25**
AFTER 5/24/2021 PAY $71.78

Order No. : 33898.004
BU ID : MAIN
Case No. : 5:18-CV-00555-XR
Case Name : HOLCOMBE, et al. VS. UNITED STATES OF AMERICA

Remit To: **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX 78735**